# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| RUTHANNE MCGINNIS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>vs.<br><br>MBK, INC., d/b/a PAYTEK SOLUTIONS,<br><br>        Defendant. | Case No.: 13-CV-1<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Rudolph T. Randa |

THE PLAINTIFF, Ruthanne McGinnis, by counsel, Ademi & O'Reilly LLP, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, MBK, Inc., d/b/a "Paytek Solutions", has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 11th day of March 2013.

                                        s/ John D. Blythin
                                        John D. Blythin (SBN: 1046105)
                                        ADEMI & O'REILLY, LLP
                                        3620 East Layton Avenue
                                        Cudahy, WI 53110
                                        jblythin@ademilaw.com
                                        tel (414) 482-8000
                                        fax (414) 482-8001